UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND et al., <br><br> Petitioners, <br><br> v. <br><br> RENNON CONSTRUCTION CORP., <br><br> Respondent. | 25-CV-9518 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On November 14, 2025, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **December 9, 2025**. Respondent's opposition, if any, is due on **January 6, 2025**. Petitioners' reply, if any, is due **January 13, 2025**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure and file an affidavit of such service with the court no later than **November 25, 2025.**

SO ORDERED.

Dated: November 18, 2025
        New York, New York

                                                              _____
                                                              DALE E. HO
                                                              United States District Judge